IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RONALD SATISH EMRIT,

   Plaintiff,

    v.

CABLE NEWS NETWORK, INC. (CNN), et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-3548-TWT

**ORDER**

This is an action against CNN for a news broadcast. It is before the Court for a frivolity determination. A claim is frivolous "where it lacks an arguable basis either in law or in fact." Neitzke v. Williams, 490 U.S. 319, 325 (1989). A complaint may be dismissed for failure to state a claim on which relief may be granted when it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief. Scheuer v. Rhodes, 416 U.S. 232, 236 (1974). This includes claims describing fantastic or delusional scenarios, claims with which federal district judges are all too familiar. Denton v. Hernandez, 504 U. S. 25, 32 (1992). The Plaintiff's suspicion that he may have been the intended subject mentioned in the news

broadcast about another hip-hop artist is insufficient to support a claim for defamation.  This action is DISMISSED.

SO ORDERED, this 7 day of December, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge